UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN DAVIS,<br><br>     Plaintiff,<br><br>   v.<br><br>MIDLAND FUNDING, LLC, a Delaware limited liability company; MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, a California corporation; and ERICA LYNN BRACHFELD, individually and in her official capacity,<br><br>     Defendants. | No.  CIV. S-13-2316 LKK/CKD<br><br><br>**ORDER** |

   A status conference was held in chambers on January 21, 2014.  After hearing, the court orders as follows:

   A further status conference is set for April 7, 2014 at 3:00 p.m.  The parties shall file updated status reports fourteen (14) days preceding the status conference.

   IT IS SO ORDERED.

   DATED:  January 21, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1