1  **ERICA L. BRACHFELD, Esq., State Bar No. 180683**
2  Email: compliance@brachfeldcollections.com
   **THE BRACHFELD LAW GROUP, P.C.**
3  13101 W. Washington Blvd., Suite 500
   Los Angeles, California 90066
4  Telephone: (310) 273-7867
   Facsimile: (310) 273-9867
5

6  **Attorney for Defendant,**
   ERICA LYNN BRACHFELD

7
                  **UNITED STATES DISTRICT COURT**
8
                  **EASTERN DISTRICT OF CALIFORNIA**
9
                       **SACRAMENTO DIVISION**
10

11

12 | **LARRY DEAN DAVIS**                          | **CASE NO.:   2:13-CV-02316--LKK-CKD** |
   | Plaintiff,                                    |                                         |
13 |                                               | **STIPULATION AND ORDER**               |
14 | vs.                                           | **GRANTING DEFAULTS BE**                |
   |                                               | **VACATED AND ANSWERS DEEMED**          |
15 | **ERICA LYNN BRACHFELD, MIDLAND**             | **FILED**                               |
   | **CREDIT MANAGEMENT, INC.,**                  |                                         |
16 | **MIDLAND FUNDING, LLC THE**                  |                                         |
   | **BRACHFELD LAW GROUP, A**                    |                                         |
17 | **PROFESSIONAL CORPORATION**                  |                                         |
   |    **Defendants.**                            |                                         |
18 |                                               |                                         |
   | Defendant.                                    |                                         |
19

20

21
       The plaintiff, Larry Dean Davis through his attorney of record Fred W. Schwinn Esq. and
22
   The Brachfeld Law Group, a professional Corporation, and Erica Lynn Brachfeld,
23
   Defendants, through their attorney of record, stipulate as follows:
24
   / / /
25

26

27

28
                                          1
   **STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT**

1   That the requests for entry of default against Erica Lynn Brachfeld, individually, and The
2   Brachfeld Law Group, P.C., pursuant to Rule 55(a) be withdrawn, and vacated and the Answers previously
3   filed deemed entered on behalf of Erica Lynn Brachfeld on 1/13/2014, and The Brachfeld Law Group P.C.
4   On 1/14/2014 without objection.

Date: January 21, 2014_____   Respectfully Submitted,
                                                   BRACHFELD LAW GROUP, PC

                                                   "/s/ Erica L. Brachfeld, Esq."
                                                   Erica L. Brachfeld, Esq. for

                                                   "/s/ Erica L. Brachfeld, Esq."
Date: January 21, 2014_____Erica L. Brachfeld for Plaintiff


Date:  January 21, 2014                            Respectfully Submitted,
                                                   CONSUMER LAW GROUP, INC.


                                                   _ "/s/ Fred W. Schwinn"
                                                   Fred W. Schwinn, Esq.

2

**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT**

1  **ERICA L. BRACHFELD, Esq., State Bar No. 180683**
2  Email: compliance@brachfeldcollections.com
   **THE BRACHFELD LAW GROUP, P.C.**
3  13101 W. Washington Blvd., Suite 500
   Los Angeles, California 90066
4  Telephone: (310) 273-7867
   Facsimile: (310) 273-9867
5

6  **Attorney for Defendant,**
   ERICA LYNN BRACHFELD

7                    **UNITED STATES DISTRICT COURT**
8
                     **EASTERN DISTRICT OF CALIFORNIA**
9
                           **SACRAMENTO DIVISION**
10

11

| | |
|---|---|
| **LARRY DEAN DAVIS** | **CASE NO.:  2:13-CV-02316--LKK-CKD** |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFAULTS BE VACATED AND ANSWERS DEEMED FILED** |
| **ERICA LYNN BRACHFELD, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION** | |
| **Defendants.** | |
| Defendant. | |

      Based upon the Stipulation of Counsel IT IS HEREBY ORDERED that the requests for

entry of default against Erica Lynn Brachfeld, individually, and The Brachfeld Law Group, P.C., pursuant

3

**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT**

to Rule 55(a), be withdrawn, and vacated and the Answers previously filed deemed entered on behalf of Erica Lynn Brachfeld on 1/13/2014, and The Brachfeld Law Group P.C. On 1/14/2014 without objection,

    IT IS SO ORDERED.

    Dated:  January 23, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT**