UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN DAVIS,<br><br>           Plaintiff,<br><br>     v.<br><br>MIDLAND FUNDING, LLC, a Delaware limited liability company; MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, a California corporation; and ERICA LYNN BRACHFELD, individually and in her official capacity,<br><br>           Defendants. | No.   CIV. S-13-2316 LKK/CKD<br><br>**ORDER** |

Plaintiff Larry Dean Davis moves to strike affirmative defenses in the answers filed by defendants Erica Lynn Brachfeld (ECF No. 16) and the Brachfeld Law Group (ECF No. 17). Plaintiff's motion is currently set for hearing on March 17, 2014. (ECF No. 22.) Defendants, represented by Erica Lynn Brachfeld, have not filed timely oppositions or statements of non-opposition, as required by Local Rule 230(c).

Accordingly, the court hereby orders as follows:

1

[1] Erica Lynn Brachfeld, counsel for defendants, is ORDERED TO SHOW CAUSE in writing why she should not be sanctioned in accordance with Local Rule 110, including a fine of $150.00 and/or an order granting the motion to strike, for her failure to respond to the motion in a timely manner. Counsel for defendants shall file her written response to this Order To Show Cause within seven (7) calendar days of the docketing of this order.

[2] The hearing on the motion to strike, currently scheduled for March 17, 2014, is CONTINUED to April 7, 2014 at 10:00 a.m. in Courtroom 4.

[3] Defendants are DIRECTED to file oppositions or statements of non-opposition to plaintiff's motion no later than March 11, 2014 at 4:30 p.m. Plaintiff shall file his reply, if any, no later than March 18, 2014 at 4:30 p.m.

IT IS SO ORDERED.

DATED: March 4, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT