UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN DAVIS,<br><br>          Plaintiff,<br><br>     v.<br><br>MIDLAND FUNDING, LLC, a Delaware limited liability company; MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, a California corporation; and ERICA LYNN BRACHFELD, individually and in her official capacity,<br><br>          Defendants. | No.  CIV. S-13-2316 LKK/CKD<br><br>**ORDER** |

     Pending before the court in the above-captioned case is plaintiff's motion to strike affirmative defenses, originally scheduled to be heard on March 17, 2014. (ECF No. 22.)

     Defendants Erica Lynn Brachfeld and the Brachfeld Law Group, represented by Erica Lynn Brachfeld, each failed to file a timely opposition or statement of non-opposition to plaintiff's motion, as required by Local Rule 230(c). Accordingly, this court issued

1

an order (i) continuing the hearing on the motion until April 7, 2014; (ii) ordering counsel for plaintiffs to show cause in writing within seven days as to why she should not be sanctioned for her failure to respond to the motion in a timely manner; and (iii) directing defendants to file an opposition or statement of non-opposition to the motion by Tuesday, March 11, 2014 at 4:30 p.m. (ECF No. 23.)

Defendants' counsel timely filed a declaration in response to the court's order to show cause. (ECF No. 25.) The gist of her response is that, in connection with the liquidation of defendant Brachfeld Law Group, counsel transferred her email to a new service provider and consequently had difficulty receiving notice of documents filed with this court's Electronic Case Filing system.

Defendants Erica Lynn Brachfeld and the Brachfeld Law Group have also timely filed a statement of non-opposition to plaintiff's motion to strike, therein requesting leave to amend. (ECF No. 26.)

In light of the foregoing, the court hereby orders as follows:

[1] Erica Lynn Brachfeld, Esq., counsel for defendants Erica Lynn Brachfeld and the Brachfeld Law Group is ORDERED to pay sanctions in the amount of $150.00 to the Clerk of the Court within ten (10) days of docketing of this order. Counsel shall also file an affidavit indicating that said sanction is paid personally by counsel, out of personal funds, and will not be billed, directly or indirectly, to the Brachfeld

Law Group or in any way made the responsibility of the Brachfeld Law Group.

[2] Plaintiff's motion to strike affirmative defenses (ECF No. 22) is GRANTED in its entirety.

[3] Defendants Erica Lynn Brachfeld and the Brachfeld Law Group are DIRECTED to file amended answers within twenty (20) days of docketing of this order.

IT IS SO ORDERED.

DATED:  March 12, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT