UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND FUNDING, LLC, a Delaware limited liability company; MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, a California corporation; and ERICA LYNN BRACHFELD, individually and in her official capacity,<br><br>    Defendants. | No.  CIV. S-13-2316 LKK/CKD<br><br>**ORDER** |

   Pending before the court in the above-captioned case is defendants' motion for summary judgment, currently set for hearing on July 7, 2014 at 10:00 a.m. (ECF No. 36.)

   Having reviewed the papers filed to date, the court is of the view that oral argument is unnecessary, and will decide the motions on the papers. See Local Rule 230(g). Accordingly, the July 7, 2014 hearing is VACATED.

////

1

1        IT IS SO ORDERED.

2        DATED:  July 1, 2014.

6        _____
         LAWRENCE K. KARLTON
7        SENIOR JUDGE
         UNITED STATES DISTRICT COURT