UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN DAVIS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MIDLAND FUNDING, LLC, et al.,<br><br>　　　　　　　Defendants. | No. 2:13-cv-2316 KJM CKD<br><br><br>ORDER |

　　　　Pursuant to the order filed December 18, 2014, the Midland defendants have produced for in camera review in bate-stamped format the Purchase and Sale Agreement relevant to this action. Upon review of the document, and good cause appearing, IT IS HEREBY ORDERED that defendants shall produce the document, bate-stamped "MIDLAND 000069-000090," subject to the protective order filed May 13, 2014.

Dated: January 8, 2015

　　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 davis-midland.icr