UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT INC., et al.,<br><br>    Defendants. | No.  2:13-CV-02316 KJM CKD<br><br>ORDER |

Having considered defendants' Offer of Judgment under Federal Rule of Civil Procedure 68 and plaintiff's acceptance of that Offer of Judgment (ECF No. 59), plaintiff's application for entry of judgment is GRANTED.

Consistent with the terms of the agreement, the court orders:

1. Plaintiff may recover against defendants Midland Funding, LLC; Midland Credit Management, Inc.; The Brachfeld Law Group; and Erica Lynn Brachfeld, jointly and severally, in the sum of $12,000.00, together with interest thereon at the judgment rate until paid.

2. Plaintiff may recover against defendants Midland Funding, LLC; Midland Credit Management, Inc.; The Brachfeld Law Group; and Erica Lynn Brachfeld, jointly and severally, in an amount to be agreed to by counsel for the parties or, failing agreement, in an

/////

1   amount to be determined by the court, for the reasonable costs and reasonable attorneys' fees
2   incurred in representing plaintiff in this matter.
3         3.    Plaintiff shall submit a motion for attorneys' fees and costs to the court
4   within 30 days of entry of this judgment. Thereafter, defendants may submit their opposition or
5   statement of non-opposition within 14 days after the filing of plaintiff's motion. Thereafter,
6   plaintiff may submit his reply within 7 days after the defendant's response, at which time the
7   matter will be submitted.
8         IT IS SO ORDERED.
9   DATED: February 25, 2015.

                        UNITED STATES DISTRICT JUDGE