Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
LARRY DEAN DAVIS

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| LARRY DEAN DAVIS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC, a Delaware limited liability company; MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; *THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION*, a California corporation; and ERICA LYNN BRACHFELD, individually and in her official capacity;<br><br>　　　　　　　　　Defendants. | Case No. 2:13-CV-02316-KJM-CKD<br><br>**STIPULATION AND ORDER AWARDING ATTORNEY FEES AND COSTS** |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

　　　　　1.　　　　Whereas, on January 8, 2015, Plaintiff, LARRY DEAN DAVIS, timely accepted Defendants', MIDLAND FUNDING, LLC's; MIDLAND CREDIT MANAGEMENT, INC.'s; *THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION's*; and ERICA LYNN BRACHFELD's, Rule 68 Offer of Judgment and filed his Notice of Acceptance of Offer of Judgment (Doc. 59);

/////

2. Whereas, on February 12, 2015, Plaintiff filed an Application for Entry of Judgment (Doc. 60);

3. Whereas, on February 25, 2015, the Court entered an Order granting Plaintiff's Application for Entry of Judgment (Doc. 61); and

4. Whereas, the parties have met and conferred regarding an award of attorney fees and costs, and agree that Plaintiff, LARRY DEAN DAVIS, be awarded attorney fees and costs in the amount of $52,500.00.

IT IS SO STIPULATED.

CONSUMER LAW CENTER, INC.

Dated: March 14, 2015                By: /s/ Raeon R. Roulston
                                         Fred W. Schwinn, Esq.
                                         Raeon R. Roulston, Esq.
                                         Attorneys for Plaintiff
                                         LARRY DEAN DAVIS

*SIMMONDS & NARITA, LLP*

Dated: March 14, 2015                By: /s/ Tomio B. Narita
                                         Tomio B. Narita, Esq.
                                         Attorney for Defendants
                                         MIDLAND FUNDING, LLC, and
                                         MIDLAND CREDIT
                                         MANAGEMENT, INC.

*THE BRACHFELD LAW GROUP, APC*

Dated: March 14, 2015                By: /s/ Erica L. Brachfeld
                                         Erica L. Brachfeld, Esq.
                                         Attorney for Defendants
                                         *THE BRACHFELD LAW GROUP, A*
                                         *PROFESSIONAL CORPORATION, and*
                                         *ERICA LYNN BRACHFELD*

## ***ORDER***

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff, LARRY DEAN DAVIS, is awarded reasonable attorney's fees and costs in the amount of $ 52,500.00.

IT IS SO ORDERED.

Dated: April 2, 2015.

_____
UNITED STATES DISTRICT JUDGE